UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORCAN KILROY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, et al.,<br><br>　　　　　Defendants. | No. CV 13-6373 DMG (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the Final Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

IT IS ORDERED that:

(1) Defendants' motion to dismiss Plaintiff's Section 1983 claims is granted. Plaintiff's equal protection and due process claims are dismissed without leave to amend;

/ / /

/ / /

(2)  Defendants' motion to strike Plaintiff's new claims against the LAUSD is granted.  Plaintiff's claims entitled "Monell Allegations," "State Created Danger Allegation," and "Final Policymaker Allegation" are stricken from the Second Amended Complaint ("SAC");

(3)  Defendants' motion is denied in all other respects, and

(4)  Defendants are ordered to file an answer to the SAC within 20 days.

DATED:   September 28, 2015

_____
DOLLY M. GEE
United States District Judge