UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORCAN KILROY, | No. CV 13-6373 DMG (FFM) |
| Plaintiff, | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| LOS ANGELES UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the Final Report and Recommendation of United States Magistrate Judge ("Report"), the objections to the Report and Recommendation of United States Magistrate Judge, and the reply to the objections. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered granting Defendant summary judgment on Plaintiff's claims and dismissing this action with prejudice.

DATED: September 28, 2016

DOLLY M. GEE
United States District Judge