UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LORCAN KILROY,   ) No. CV 13-6373 DMG (FFM)
                )
    Plaintiff,   ) **JUDGMENT**
                )
    v.          )
                )
LOS ANGELES UNIFIED SCHOOL )
DISTRICT BOARD OF EDUCATION, )
et al.,         )
                )
    Defendants. )
_____)

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that plaintiff take nothing by his Second Amended Complaint and that this action is dismissed with prejudice.

DATED: September 28, 2016

_____
DOLLY M. GEE
United States District Judge